CAUSE NO: 2015C10571

US-Home OWERShip on [plaintiff] v.

Chris Rodriguez [defendant]

) IN THE DISTRICT COURT
) Bexar county
) COUNTY, TEXAS
) 57 JUDICIAL DISTRICT

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Chris Rodriguez [Name of each party filing notice], _____ [party designation], gives notice of Appeal _____ [his or her or its or their] intent to appeal the trial court's judgment rendered on 5-6-15 [date]. This appeal is taken to 4 court [number of the court of appeals, e.g., the Third Court of Appeals, unless appeal is taken to the First or Fourteenth Court of Appeals, in which case the notice must state that the appeal is to either of those courts, e.g., either the First or the Fourteenth Court of Appeals or, if a direct appeal, the Supreme Court of Texas] in San Antonio [name of city], Texas.

[If party is represented by counsel, use following signature:]

Respectfully submitted,
Chris [firm name, if any]
By: Chris Rod [signature line]
Chris Rodriguez [typed name]
226 Forest Valley SA. TX [address]
922-1304 [telephone number]
_____ [facsimile number, if any]
_____ [state bar number]

[If party is not represented by counsel, use following signature:]

Respectfully submitted,
_____ [signature of pro se party]
_____ [typed name]
_____ [address]
_____ [telephone number]
_____ [facsimile number, if any]

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has, on this day, been Harrison + Duncan [delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail or sent by registered mail or sent by telephonic document transfer before 5:00 p.m. of the recipient's local time]

2015 JUN -4 PM 3:46

to _8700 Crownhill_ _suit 505 SAN Antonio TX 78209_ [name, address, and designation, including telecopier number if sent by telecopier, e.g., _FAX_ (name), attorney of record for _YANIRA_ (name of party), at _8700 crownhill_ (address)]. _M. Reyes_
_suit 505 sa TX 78209_

SIGNED _6-4-15_ [date].
_____ [signature]
Attorney for _____


[List name and address of each person served, or if person served is a party's attorney, list name of party represented by that attorney, e.g.,


Joe Jones
Jones, Jones & Jones
123 Sesame Street  Smalltown, Texas  77777
Attorney for Sue Smith, Plaintiff]

Source: Legal > States Legal - U.S. > Texas > Search Forms & Drafting Instructions > **Dorsaneo, Texas Litigation Guide**
View: Full
Date/Time: Wednesday, June 23, 2010 - 5:03 PM EDT

**LexisNexis®**  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



2015CI01511 -0057

Cause No. 2015CI01511

| | | |
|---|---|---|
| IN RE: ORDER FOR FORECLOSURE CONCERNING | § | IN THE DISTRICT COURT |
| 226 Forest Valley Drive, San Antonio, TX 78227 | § § | |
| UNDER TEX. R. CIV. P. 736 | § § | 57th JUDICIAL DISTRICT COURT |
| | § § | |
| PETITIONER: | § § | BEXAR COUNTY, TEXAS |
| US HOME OWNERSHIP, LLC | § § | |
| | § § | |
| | § § | |
| RESPONDENTS: | § § | |
| CHRIS RODRIGUEZ AND ANN MARIE RODRIGUEZ, ET AL | § § | |

**Default Order**

1. On this day, the Court considered Petitioner's motion for a default order granting its application for an expedited order under Rule 736. Petitioner's application complies with the requirements of Texas Rule of Civil Procedure 736.1.

2. The name and last known address of each Respondent subject to this order is:

a. Respondent Chris Rodriguez and Ann Marie Rodriguez, the person(s) obligated to pay the Contract with last known address of 226 Forest Valley Drive, San Antonio, TX 78227;

b. Respondent Chris Rodriguez and Ann Marie Rodriguez, the mortgagor(s) of the Contract with last known address of 226 Forest Valley Drive, San Antonio, TX 78227;

c. Respondent Chris Rodriguez and Ann Marie Rodriguez, the owner(s) of the property with last known address of 226 Forest Valley Drive, San Antonio, TX 78227; and

d. Occupant of the Property.

Each Respondent was properly served with the citation, but none filed a response within the time required by law. The return of service for each Respondent has been on file with the court for at least ten days.

3. The property that is the subject of this foreclosure proceeding is commonly known as 226 Forest Valley Drive, San Antonio, TX 78227 with the following legal description:

LOT 40, BLOCK 43, LACKLAND CITY UNIT #25, SITUATED IN BEXAR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 4600, PAGE 269 OF THE BEXAR COUNTY DEED AND PLAT RECORDS.

4. The lien to be foreclosed is that certain Home Equity Deed of Trust dated October 19, 2006 and indexed or recorded as Document # 20060263693 and recorded in the real property records of Bexar County, Texas.

5. The material facts establishing Respondent's default are alleged in Petitioner's application and the supporting affidavit. Those facts are adopted by the court and incorporated by reference in this order.

6. Based on the affidavit of Petitioner, no Respondent subject to this order is protected from foreclosure by the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 et seq.

7. Therefore, the Court grants Petitioner's motion for a default order under Texas Rules of Civil Procedure 736.7 and 736.8. Petitioner may proceed with foreclosure of the property described above in accordance with applicable law and the loan agreement, contract, or lien sought to be foreclosed.

8. This order is not subject to a motion for rehearing, a new trial, a bill of review, or an appeal. Any challenge to this order must be made in a separate, original proceeding filed in accordance with Texas Rule of Civil Procedure 736.11.

1703                                                   2

SIGNED on MAY 0 6 2015 _____ 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

Harrison & Duncan PLLC
Attorneys for Petitioner
8700 Crownhill, Suite 505
San Antonio, TX 78209
Email hdlaw@legalcounseltexas.com
Tel (210) 821-5800
Fax (210) 826-6887

By: _____
YANIRA M. REYES  State Bar # 24069454
RICHARD DUNCAN  State Bar # 06218875

1703

1703